VERSO LAW GROUP LLP
GREGORY S. GILCHRIST (Cal. Bar No. 111536)
SOPHY TABANDEH (Cal. Bar No. 287583)
RYAN BRICKER (Cal. Bar No. 269100)
PAYMANEH PARHAMI (Cal. Bar No. 335604)
565 Commercial Street, Fourth Floor
San Francisco, California 94111
Telephone:   (415) 534-0495
Email:        greg.gilchrist@versolaw.com
              ryan.bricker@versolaw.com
              sophy.tabandeh@versolaw.com
              paymaneh.parhami@versolaw.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>BE HIPPY, LLC, LEIGH PEARSON, AND BART O'BRIEN,<br><br>          Defendants. | Case No. 2:25-cv-00210<br><br>**PLAINTIFF PATAGONIA, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(A)(i), Plaintiff Patagonia, Inc. voluntarily dismisses the action without prejudice. As of this date, Defendants Be Hippy, LLC, Leigh Pearson, and Bart O'Brien have not filed an Answer (or otherwise responded to the Complaint), or a motion for summary judgment.

DATED:  April 7, 2025          Respectfully submitted,

VERSO LAW GROUP LLP


By:   */s/ Paymaneh Parhami*
      GREGORY S. GILCHRIST
      SOPHY TABANDEH
      RYAN BRICKER
      PAYMANEH PARHAMI

Attorneys for Plaintiff
PATAGONIA, INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 2:25-cv-00210

- 2 -

**PROOF OF SERVICE**

I, Soniya Dhillon, declare:

I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is 565 Commercial Street, 4th Fl., San Francisco, California 94111.  On the date set forth below, I served a true and accurate copy of the foregoing document entitled:

**PLAINTIFF PATAGONIA, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the parties in this action as follows:

Defendants

Bart O'Brien
Leigh Pearson
Be Hippy, LLC
Email: leigh@behippy.com
bart@behippy.com

☐    **[By First-Class Mail]**  I caused said document to be sent by United States Postal Service to the addresses indicated for the parties listed above.

☒    **[By Email]**  I caused said document to be sent by Email to the address indicated for the parties listed above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this date at Hayward, California.

Dated:  April 7, 2025                    */s/ Soniya Dhillon*
                                          Soniya Dhillon

PROOF OF SERVICE
Case No. 2:25-cv-00210

- 3 -